**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

CAROL JO BARNETT,               )
                                )
      Plaintiff,                )
                                )
         vs.                 )      CIVIL NO. 17-cv-691-JPG-CJP
                                )
NANCY A. BERRYHILL, Acting       )
Commissioner of Social Security, )
                                )
      Defendant.                )

## MEMORANDUM & ORDER

Before the Court is the parties' Agreed Motion for Remand to the Commissioner. (Doc. 22).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will consider updating the medical record with a consultative examination or consulting a medical expert; develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act; offer Plaintiff a new hearing; and issue a new decision."

Plaintiff applied for disability benefits in January 2010. She has been denied by an ALJ twice, and this Court has reversed and remanded to the Commissioner twice. See, Doc. 14, p. 2.

While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion for Remand to the Commissioner (Doc. 22) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Carol Jo Barnett's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is **DIRECTED** to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: MARCH 27, 2018**

**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**DISTRICT JUDGE**