# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| CAROL JO BARNETT, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 17-cv-691-JGP-CJP |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Carol Jo Barnett and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: March 27, 2018

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY: s/Tina Gray**
                                                  **Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**U.S. District Judge**